UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGELA HART,<br><br>    Plaintiff,<br><br>    v.<br><br>OASIS PHYSICAL THERAPY, PLLC; LANCE IRVINE and MINDI IRVINE, Individually and on behalf of the Marital Community; and RAFAT SHIRINZADEH and YVONNE SHIRINZADEH, Individually and on behalf of the Marital Community,<br><br>    Defendants. | NO.  CV-08-5040-RHW<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE** |

Before the Court is Plaintiff's Motion for Voluntary Dismissal with Prejudice (Ct. Rec. 18). Plaintiff seeks dismissal because the parties have entered into a settlement agreement resolving all of the disputed issues.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Voluntary Dismissal with Prejudice (Ct. Rec. 18) is **GRANTED.**

2. Plaintiff's claims against Defendants are **dismissed** with prejudice.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file**.

**DATED** this 28th day of September, 2009.

                              *s/Robert H. Whaley*
                              ROBERT H. WHALEY
                              United States District Judge

Q:\CIVIL\2008\Hart\dismiss.ord.wpd

**ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE** * 1